[No. 2958. Decided May 31, 1898.]

WILLIAM JAMES, *Respondent*, v. THOS. W. PROSCH *et ux.*, *Appellants.*

Appeal from Superior Court, King County.—Hon. E. D. BENSON, Judge. Affirmed.

*Alex. R. Jones*, for appellants.

*Per Curiam.*—By reason of the rule announced in *Swinburne v. Mills*, 17 Wash. 611 (50 Pac. 489, 61 Am. St. Rep. 932), the judgment in this case will be affirmed.

---

[No. 2828. Decided September 17, 1898.]

DAVID BETTMAN, *Appellant*, v. H. T. COWLEY, *Respondent.*

Appeal from Superior Court, Spokane County.—Hon. W. G. LANGFORD, Judge. Reversed.

*Will G. Graves*, for appellant.
*Blake & Post*, for respondent.

*Per Curiam.*—It being stipulated by the parties that the question presented in this case is similar to the one decided in *Bettman v. Cowley*, *ante*, p. 207 (53 Pac. 53), the judgment of the lower court is therefore reversed.